IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nelson, Steven A | Case Number: | 06 B 12501 |
|---|---|---|---|
| | | Judge: | Hollis, Pamela S |
| Printed: | 2/12/08 | Filed: | 10/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 19, 2007
Confirmed: November 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,520.80 | |
| Secured: | | 2,230.43 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 163.63 |
| Trustee Fee: | | 126.73 |
| Other Funds: | | 0.01 |
| Totals: | 2,520.80 | 2,520.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 163.63 |
| 2. | Aronson Furniture Company | Secured | 2,064.68 | 318.25 |
| 3. | Illinois Title Loans | Secured | 575.00 | 73.01 |
| 4. | DaimlerChrysler Servs North America | Secured | 11,527.25 | 1,839.17 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 7,995.07 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 22.86 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 504.39 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 33.20 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 64.43 | 0.00 |
| 10. | Aronson Furniture Company | Unsecured | 51.62 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 34.75 | 0.00 |
| 12. | Illinois Title Loans | Unsecured | 5.64 | 0.00 |
| 13. | Wachovia Dealer Services | Unsecured | 846.66 | 0.00 |
| 14. | Illinois Dept Of Healthcare And Family | Unsecured | 5.15 | 0.00 |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Credit One | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | GC Services | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 23. | WFS Financial | Unsecured | | No Claim Filed |
| 24. | Steven J Fink & Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Nelson, Steven A

Printed: 2/12/08

Case Number: 06 B 12501
Judge: Hollis, Pamela S
Filed: 10/2/06

|  |  |
|---|---|
| _____ | _____ |
| $ 27,037.03 | $ 2,394.06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 75.13 |
| 5.4% | 51.60 |
|  | _____ |
|  | $ 126.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____